IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Orlando Carter,

    Plaintiff(s),

vs.

United States of America, et al.,

    Defendant(s).

Case Number: 1:17cv248

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 13, 2017 (Doc. 30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 27, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for a preliminary injunction (Doc. 19) is DENIED.

IT IS SO ORDERED.

                                                                                           s/Susan J. Dlott
                                                                                           Judge Susan J. Dlott
                                                                                           United States District Court