IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| Orlando Carter, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:17cv248 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| United States of America, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on September 21, 2017 (Doc. 20), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired October 5, 2017, hereby

ADOPTS said Report and Recommendation.

Plaintiff's motion for default judgment (Doc. 12) is DENIED.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court